Dismissed and Opinion filed December 19, 2002









Dismissed and Opinion filed December 19, 2002.

 

In The

 

Fourteenth Court of Appeals

____________

 

NOS.
14-02-00278-CV;

         14-02-00670-CV

____________

 

JAMES AARON PRICE, Individually, and d/b/a
THE LAKESIDE NIGHT CLUB, Appellant

 

V.

 

GRAMERCY
INSURANCE COMPANY, Appellee

 



 

On Appeal from the County Court at Law No. 1

Harris
County, Texas

Trial Court Cause No. 755,879 

 



 

M
E M O R A N D U M   O P I N I O N

This is a consolidated appeal from a default judgment signed
September 14, 2001, and an order signed June 19, 2002, appointing a receiver.

On December 13, 2002, the parties filed a joint motion to
dismiss the appeal because the parties have settled their claims in the
underlying case.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the consolidated appeals are ordered
dismissed.  








 

 

PER CURIAM

Judgment rendered and Opinion
filed December 19, 2002.

Panel consists of Justices
Edelman, Seymore, and Guzman.

Do Not Publish C Tex. R. App. P. 47.3(b).